**GOVERNMENT'S PRELIMINARY EXHIBIT LIST**
*United States v. Conrad M. Black, et al.*, 05 CR 727
**Judge St. Eve**

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| Filing-1 | Black 2000 Proxy Questionnaire | HLRSEC00357 - 73 | | |
| Filing-2 | Radler 2000 Proxy Questionnaire | HLRSEC00374 - 89 | | |
| Filing-3 | Boultbee 2000 Proxy Questionnaire | HLRSEC00342 - 56 | | |
| Filing-4 | Atkinson 2000 Proxy Questionnaire | HLRSEC00390 - 404 | | |
| Filing-5 | Black 2001 Proxy Questionnaire | HLRSEC00405 - 21 | | |
| Filing-6 | Radler 2001 Proxy Questionnaire | HLRSEC00435 - 50 | | |
| Filing-7 | Boultbee 2001 Proxy Questionnaire | HLRSEC00422 - 34 | | |
| Filing-8 | Atkinson 2001 Proxy Questionnaire | HLRSEC00451 - 66 | | |
| *(Group Exhibit)* Filing- | Certified Copies of International SEC Filings (10-Ks, 10-Qs, Proxy Statements) 1997 - 2004 | | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| Board-1 | Southam Board of Directors Minutes, April 24, 1998 | KPMG-SEC_166538 - 166539 | | |
| Board-2 | Atkinson's Notes of September 11, 2000 Meeting | HLR076313 - 14 | | |
| Board-3 | March 11, 2003 Black E-Mail to Paris | INC-CB_003262 | | |
| *(Group Exhibit)* Board- | International Board of Directors Minutes, 1998-2004 | | | |
| *(Group Exhibit)* Board- | Inc. Board of Directors Minutes, 1998-2004 | | | |
| Audit-1 | March 18, 2002 Black Letter to Inc. Audit Committee | HOLSEC_005_003375 | | |
| Audit-2 | November 8, 2002 Phua E-Mails to Kipnis | S&S002691 | | |
| Audit-3 | Shearman & Sterling's Due Diligence Questions for Audit Committee | S&S002991 - 2994 | | |
| Audit-4 | Kipnis Notes of December 4, 2002 Meeting | HLRSEC64799 | | |
| Audit-5 | Sukonick Notes of December 4, 2002 Meeting | HLRSEC64796 | | |
| Audit-6 | January 23, 2003 Atkinson E-Mail to Black | HLRT056423 - 25 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| Audit-7 | October 14, 2003 Black-Creasey E-Mails | INC-CB_010269 | | |
| *(Group Exhibit)* Audit- | International Audit Committee Minutes, 1998-2004 | | | |
| *(Group Exhibit)* Audit- | Inc. Audit Committee Minutes, 1998-2004 | | | |
| *(Group Exhibit)* Executive- | Executive Committee Consents and Memoranda of Meetings, 1998-2004 | | | |
| Loan-1 | 1997 Promissory Note | INC_045594 | | |
| Loan-2 | Kipnis Memo re Repayment of Note | INC_266999 | | |
| Loan-3 | Kipnis Memo re Repayment by Wire Transfer | INC_266998 | | |
| Loan-4 | Inc. General Ledger Entries (Repayment) | INC_003905 | | |
| Loan-5 | February 18, 1999 Fax from Soward | HLR126400 - 02 | | |
| Loan-6 | Second Amended and Restated Credit Agreement | HLRM415183 - 348 | | |
| Loan-7 | Fourth Amended and Restated Credit Agreement | HLRM415349 - 508 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| Ravelston-1 | 1998 Services Agreement | RAVEL_000032 - 39 | | |
| Trucker-1 | Letter of Intent | INC_005104 - 5107 | | |
| Trucker-2 | May 5, 1998 Riposanu Letter with Draft Non-Competition Agreement | CBSEC_000340 - 346 | | |
| Trucker-3 | Asset Purchase Agreement | CBSEC_000019 - 77 | | |
| Trucker-4 | Non-Competition Agreement | CBSEC_000157 - 165 | | |
| Trucker-5 | Flow of Funds | HLR367581 - 83 | | |
| Trucker-6 | January 27, 1999 Letter from Vogt to Holick | INC_005160 | | |
| Trucker-7 | Chicago Sun-Times Check Voucher ($2 Million to Inc.), Signed by Holick | INC_005161 | | |
| Trucker-8 | $2 Million Check from International to Inc., for "American Trucker non-compete" | INC_005163 | | |
| Trucker-9 | Liberty Asset Purchase Agreement | INC_003997 - 4022 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| Trucker-10 | Liberty Non-Competition Agreement | INC_004024 - 31 | | |
| CNHI-1 | October 1998 Unsigned Proposal to Purchase Newspaper Properties | CNHI003144 - 3149 | | |
| CNHI-2 | Proposal to Purchase Newspaper Properties (with Kipnis's Handwritten Edits) | HLR123346 - 123349 | | |
| CNHI-3 | Blacklined Proposal to Purchase Newspaper Properties (from Kipnis to Atkinson) | HLR123327 - 123334 | | |
| CNHI-4 | December 4, 1998 Signed Proposal to Purchase Newspaper Properties | HLR123379 - 123391 | | |
| CNHI-5 | December 18, 1998 Kipnis Letter to Henson, with Revised Asset Exchange Agreement | CNHI003390 - 3433 | | |
| CNHI-6 | December 29, 1998 Blacklined Asset Exchange Agreement | CNHI003327 - 3387 | | |
| CNHI-7 | Edits to Asset Exchange Agreement | CNHI004131 - 4191 | | |
| CNHI-8 | January 21, 1999 Blacklined Asset Exchange Agreement | CNHI003181 - 3246 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| CNHI-9 | January 27, 1999 Henson Letter to Kipnis | CNHI003763 | | |
| CNHI-10 | January 27, 1999 Vogt Memo to Kipnis re Wire Transfer | HLRSEC00074 - 75 | | |
| CNHI-11 | Holick E-Mail to Kipnis, et al. | HLRSEC00076 | | |
| CNHI-12 | Final Asset Exchange Agreement | HLRSEC01618 - 82 | | |
| CNHI-13 | Final Covenant Not to Compete | HLRSEC01686 - 90 | | |
| CNHI-14 | $12 Million Wire Transfer to Inc. | INC_006134 | | |
| CNHI-15 | Draft Purchase Agreement | CNHI001497 - 1532 | | |
| CNHI-16 | Noncompetition Agreement | HLRSEC00205 - 08 | | |
| CNHI-17 | Henson Letter with October 24, 2000 Kipnis Fax of Wire Transfer Instructions | CNHI002078 - 82 | | |
| CNHI-18 | Closing Statement and Wire Transfer Instructions, with Kipnis's Handwritten Notations | CNHI001116 - 21 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| CNHI-19 | November 21, 2000 Kipnis Memo re Non-Competes and Bonus | INC_005886 | | |
| CNHI-20 | Black  Check from APMS for CNHI II | CMB0008076 - 79 | | |
| CNHI-21 | Radler Check from APMS for CNHI II | HLR111432 | | |
| CNHI-22 | Boultbee Check from APMS for CNHI II | HLR111386 | | |
| CNHI-23 | Atkinson Check from APMS for CNHI II | HLR111368; PA020007 - 08 | | |
| CNHI-24 | Kipnis $100,000 Check | HLR111412 | | |
| CanWest-1 | May 15, 2000 Black Letter to Asper | HLR013355 - 56 | | |
| CanWest-2 | May 16, 2000 Asper Letter to Black | HLR013357 - 66 | | |
| CanWest-3 | May 16, 2000 Black Letter to Asper | HLR013368 - 70 | | |
| CanWest-4 | May 25, 2000 Asper Letter to Black | HLR013294 - 320 | | |
| CanWest-5 | May 29, 2000 Asper Letter to Black | HLR013260 - 64 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| CanWest-6 | May 31, 2000 Asper Letter to Black | HLR003238 - 63 | | |
| CanWest-7 | June 14, 2000 Asper Transaction Proposal | HLRSEC00575 - 619 | | |
| CanWest-8 | June 15, 2000 Black Response to Transaction Proposal | HLRSEC00620 - 22 | | |
| CanWest-9 | June 15, 2000 Asper Response re Transaction Proposal | HLRSEC00624 - 27 | | |
| CanWest-10 | June 27, 2000 Draft Non-Competition Agreement | HLRSEC00629 - 34 | | |
| CanWest-11 | July 7, 2000 Draft Non-Competition Agreement | HLRSEC13244 - 51 | | |
| CanWest-12 | July 11, 2000 Draft Non-Competition Agreement | HLRSEC00635 - 42 | | |
| CanWest-13 | July 11, 2000 Sukonick E-Mail re Non-Competition Agreement | HLRSEC13252 - 59 | | |
| CanWest-14 | July 12, 2000 Revised Non-Competition Agreement | HLR013686 - 93 | | |
| CanWest-15 | July 12, 2000 Atkinson Memo to Black | HLR013694 - 68 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| CanWest-16 | July 14, 2000 Atkinson Notes & Agenda | HLR013655 - 66 | | |
| CanWest-17 | July 16, 2000 "Business Issues" Memo | HLR013623 - 29 | | |
| CanWest-18 | July 20, 2000 Atkinson Memo to Radler | HLR118700 | | |
| CanWest-19 | July 25, 2000 Memo and Press Release | HLR081785 - 97 | | |
| CanWest-20 | July 26, 2000 Fax to Boultbee and Atkinson | HLR014276 | | |
| CanWest-21 | July 27, 2000 Draft Transaction Agreement | HLRSEC00706 - 17 | | |
| CanWest-22 | July 27, 2000 Sukonick E-Mail to Boultbee and Atkinson | HLR014275 | | |
| CanWest-23 | July 28, 2000 Fax re Draft Non-Competition Agreement | HLR968778 - 82 | | |
| CanWest-24 | July 29, 2000 Fax from DeMerchant to Boultbee | HOLINTL 13220-2002-043761 | | |
| CanWest-25 | Final Transaction Agreement | CANWEST_001271 - 375 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| CanWest-26 | Atkinson Memo to Black re Non-Compete Allocation | CMB0085522 - 23 | | |
| CanWest-27 | Memo re August 17, 2000 Four Seasons Meeting | RAVEL_000144 | | |
| CanWest-28 | September 1, 2000 Memo to Audit Committee | HLR004619 - 20 | | |
| CanWest- 29 | Sukonick E-Mail | HLRSEC14624 - 25 | | |
| CanWest-30 | Boultbee E-Mail | HLR968761 | | |
| CanWest-31 | Atkinson E-Mail | HLR968765 - 66 | | |
| CanWest-32 | October 23, 2000 Atkinson E-Mail to Sukonick | HLRSEC14629 - 31 | | |
| CanWest-33 | Spreadsheet re Purchase Price | HLRSEC13095 - 102 | | |
| CanWest-34 | Boultbee Wire Instructions for Non-Compete Proceeds | HLR066872 | | |
| CanWest-35 | Closing Documents | HLRSEC12402 - 15 | | |
| CanWest-36 | Black Non-Competition Agreement | RAVEL_000545 - 51 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| CanWest-37 | Radler Non-Competition Agreement | RAVEL_000552 - 558 | | |
| CanWest-38 | Boultbee Non-Competition Agreement | RAVEL_000568 - 74 | | |
| CanWest-39 | Atkinson Non-Competition Agreement | RAVEL_000559 - 67 | | |
| CanWest-40 | Smith Memo with Wire Instructions | HLR066857 - 59 | | |
| CanWest-41 | November 16, 2000 Boultbee-Smith E-Mail re Wiring | HLR066854 - 55 | | |
| CanWest-42 | Toronto Dominion Account for International | KPMG-SEC_009949 | | |
| CanWest-43 | Cravath Due Diligence Memo | CSM000001 - 2 | | |
| CanWest-44 | Brooks E-Mail re Disclosure | CSM000005 - 6 | | |
| CanWest-45 | Rogers Memo re Disclosure | CSM000007 - 9 | | |
| CanWest-46 | April 25, 2001 Transcription of Atkinson Voicemail | HLRMM312105 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| CanWest-47 | April 25, 2001 Torys E-Mails re Disclosure Analysis | HLRMM_312118 - 119 | | |
| CanWest-48 | April 26, 2001 DeMerchant E-Mail to Torys Attorneys | HLRMM312102 | | |
| CanWest-49 | April 26, 2001 Atkinson Notes | CBSEC_025389 - 93 | | |
| CanWest-50 | April 27, 2001 Cost E-Mail | HLRSEC13488 | | |
| CanWest-51 | April 29, 2001 DeMerchant E-Mail re Draft Memo to Audit Committee | HLRSEC13489 - 90 | | |
| CanWest-52 | April 30, 2001 Torys Markup of Draft Memo | HLRSEC13491 - 94 | | |
| CanWest-53 | April 30, 2001 DeMerchant E-Mail with Revised Materials | HLRSEC13514 - 25 | | |
| CanWest-54 | Kipnis Comments on Draft Memo | HLRSEC13503 - 06 | | |
| CanWest-55 | April 30, 2001 DeMerchant E-Mail re Black | HLRSEC13526 | | |
| CanWest-56 | April 30, 2001 DeMerchant E-Mail re Atkinson | HLRSEC13531 | | |
| CanWest-57 | May Memorandum Faxed to Thompson | HLRSEC13542 - 49 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| CanWest-58 | Note re Discussion with Thompson | HLRSEC13550 | | |
| CanWest-59 | May Memorandum Mailed to Committee | HLRSEC00874 - 81 | | |
| CanWest-60 | Atkinson Notes of Discussion with Rogers | CBSEC_025410 - 12 | | |
| CanWest-61 | May 9, 2001 DeMerchant E-Mail | HLRSEC13676 | | |
| CanWest-62 | May 10, 2001 Rogers-Boultbee E-Mails | CBSEC_024820 - 22 | | |
| CanWest-63 | Atkinson E-Mail to Rogers | HLRT105711 - 19 | | |
| CanWest-64 | May 14, 2001 Kipnis Memo to Thompson | HLRSEC00884 | | |
| CanWest-65 | May 2, 2002 Boultbee and Atkinson E-Mails | CBSEC_025068 | | |
| CanWest-66 | May 27, 2002 Atkinson E-Mail | HLRC0050577 | | |
| CanWest-67 | December 3, 2002 Atkinson E-Mail | HLRT025792 - 94 | | |
| CanWest-68 | April 14, 2003 Black E-Mail to Boultbee and Atkinson | INC-CB_018605 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| CanWest-69 | April 14, 2003 Asper Letter to Black | RAVEL_000575 - 76 | | |
| CanWest-70 | April 15, 2003 Black E-Mail to Boultbee and Atkinson | INC-CB_018604 | | |
| CanWest-71 | CanWest Press Release | | | |
| Forum-1 | Draft Asset Purchase Agreement, including Non-Competition Agreement | FC000001 - 53 | | |
| Forum-2 | Blacklined Draft Non-Competition Agreement | FC000054 - 57 | | |
| Forum-3 | August 2, 2000 Draft Asset Purchase Agreement | FC000058 - 98 | | |
| Forum-4 | August 19, 2000 Kipnis Letter, Sending Transaction Documents by Fed Ex | FC000361 - 62 | | |
| Forum-5 | Memo re Wire Transfer Instructions | FC000213 | | |
| Forum-6 | Final Asset Purchase Agreement | HLR012010 - 62 | | |
| Forum-7 | Final Non-Competition Agreement | HLR012063 - 66 | | |
| Horizon-1 | Final Asset Exchange Agreement | HLR010776 - 836 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| Horizon-2 | Final Covenant Not to Compete | HLR010837 - 41 | | |
| Horizon-3 | Horizon Closing Statement | HLRSEC01756 | | |
| Horizon-4 | Kipnis Fax re Wiring Information | HLRSEC00100 | | |
| Horizon-5 | July 2002 Black Letter to Radler | CMB001598 - 1600 | | |
| Horizon-6 | May 8, 2003 Black Letter to Beyazit | CMB0072378 | | |
| Paxton-1 | September 5, 2000 E-Mail of Draft Asset Purchase Agreement | HLR012282 - 83 | | |
| Paxton-2 | Final Asset Purchase Agreement | HLR012118 - 61 | | |
| Paxton-3 | Final Non-Compete Agreement | HLR012163 - 66 | | |
| Paxton-4 | Settlement Sheets | HLR012167 - 68 | | |
| Paxton-5 | April 6, 2001 McBride Memo re Supplemental Payments | HLRSEC00259 | | |
| Paxton-6 | Black Supplemental Payment, $285,000 | HLRSEC16389 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| Paxton-7 | Black's Deposit of Supplemental Payment | CMB0007782 | | |
| Paxton-8 | Radler Supplemental Payment, $285,000 | HLRSEC16398 | | |
| Paxton-9 | Boultbee Supplemental Payment, $15,000 | HLRSEC16393 | | |
| Paxton-10 | Atkinson Supplemental Payment and Check Stub, $15,000 | HLRSEC16385; PA020011 | | |
| APC-1 | January 1994 Non-Compete Agreement | CNHI004537 - 45 | | |
| APC-2 | February 15, 1995 Corporate Reorganization Proposal | HLRSEC65061 - 73 | | |
| APC-3 | October 1996 Non-Compete Agreement | CNHI004546 - 52 | | |
| APC-4 | February 5, 2001 McBride Memo re Non-Compete Payments | HLRSEC00217 | | |
| APC-5 | McBride Memo to Creasey re Reporting Package | MCBRIDE001407 | | |
| APC-6 | February 8, 2001 Fed Ex Letter from Kipnis to Atkinson | HLRSEC00237 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| APC-7 | Letter from Atkinson to Kipnis with Signed Non-Competes | HLRSEC00238 | | |
| APC-8 | Black Non-Compete Agreement | HLRSEC00239 - 42 | | |
| APC-9 | Non-Compete Check to Black | HLR111380 | | |
| APC-10 | Black's Deposit of Non-Compete Check | CMB0007779; CMB0063494 | | |
| APC-11 | Radler Non-Compete Agreement | HLRSEC00244 - 47 | | |
| APC-12 | Non-Compete Check to Radler | HLRSEC00258 | | |
| APC-13 | Boultbee Non-Compete Agreement | HLRSEC00248 - 51 | | |
| APC-14 | Non-Compete Check to Boultbee | HLRSEC00257 | | |
| APC-15 | Atkinson Non-Compete Agreement | HLRSEC00252 - 55 | | |
| APC-16 | Non-Compete Check to Atkinson | HLRSEC00256; HLRMM111765 - 66 | | |
| APC-17 | November 6, 2003 McBride Memo re Accounting | MCBRIDE001527 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| APC-18 | February 2001 *Mammoth Times* | | | |
| KPMG-1 | Musur E-Mail | KPMG-SEC_152645 | | |
| KPMG-2 | Workpapers for 2001 10-Q Review | KPMGC_000061 - 121 | | |
| KPMG-3 | February 12, 2002 Stitt E-Mail | KPMG-SEC_131399 | | |
| KPMG-4 | February 13, 2002 Stitt E-Mail | KPMG-SEC_131400 | | |
| KPMG-5 | Talking Points for Audit Committee Meeting | KPMG-SEC_144067 | | |
| KPMG-6 | Ryan Notes re Discussion with Black | KPMG-SEC_121365 | | |
| KPMG-7 | Stitt Notes re 2001 10-K | KPMG-SEC_164783 - 803 | | |
| KPMG-8 | Stitt E-Mail to Creasey | INC_151817 | | |
| KPMG-9 | Stitt Q&A Responses for Shearman & Sterling Due Diligence | KPMG-SEC_135144 - 161 | | |
| KPMG-10 | March 3, 2003 Stitt Letter to Black | INC_096269 | | |
| KPMG-11 | March 4, 2003 Black Letter to Stitt | INC_096272 | | |
| KPMG-12 | March 7, 2003 Stitt Memo | HLR000533 - 36 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| KPMG-13 | November 1, 2003 Stitt E-Mails to Thompson | T000709 - 12 | | |
| KPMG-14 | November 5, 2003 KPMG Letter to Black | INC_015290 - 91 | | |
| *(Group Exhibit)* KPMG- | International Representation Letters, 1998-2003 (reporting related-party transactions) | | | |
| *(Group Exhibit)* KPMG- | Inc. Representation Letters, 1998-2003 (reporting related-party transactions) | | | |
| *(Group Exhibit)* KPMG- | KPMG Letters re Audit Terms, 1998-2003 | | | |
| Shareholder-1 | October 16, 2001 Tweedy Browne Letter | B_000991 - 94 | | |
| Shareholder-2 | October 17, 2001 Black Letter to Tweedy Browne | B_000995 - 1002 | | |
| Shareholder-3 | Jereski Letter to Black | HLRCMBSEC0006323 | | |
| Shareholder-4 | Jereski Questions to Healy and Black | INC-CB_010989, 010991 | | |
| Shareholder-5 | Audio Tape of May 23, 2002 Shareholders Meeting | | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| Shareholder-6 | Transcript of May 23, 2002 Shareholders Meeting | CBSEC_025467 | | |
| Shareholder-7 | Healy E-Mails of 2002 Transcript | INC-CB_004225 | | |
| Shareholder-8 | Black-Healy E-Mails re 2002 Meeting | INC-CB_010983 | | |
| Shareholder-9 | May 28, 2002 Boultbee E-Mail to Black | BOUSEC_00044 | | |
| Shareholder-10 | May 30, 2002 Black E-Mail to Atkinson | HLRC0072047 | | |
| Shareholder-11 | June 7, 2002 Browne Letter to Black | CMB0089327 | | |
| Shareholder-12 | June 11, 2002 Black Letter to Browne | CMB0089325 | | |
| Shareholder-13 | June 21, 2002 Black E-Mail to Healy | INC-CB_004217 | | |
| Shareholder-14 | Draft 8-K, E-Mailed from Healy to Black | CMB0003589 - 94 | | |
| Shareholder-15 | July 3, 2002 Atkinson E-Mails to Boultbee re Directors Fees | HLRT031952; HLRT031954 | | |
| Shareholder-16 | July 9, 2002 Black E-Mail to Healy | INC-CB_010978 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| Shareholder-17 | July 11, 2002 Black E-Mail to Healy | INC-CB_010972 | | |
| Shareholder-18 | July 11, 2002 Browne Letter to Black | CMB0089324 | | |
| Shareholder-19 | July 16, 2002 Black Letter to Browne | CMB0089323 | | |
| Shareholder-20 | July 31, 2002 Black E-Mail to Atkinson | HLRT048686 | | |
| Shareholder-21 | August 3, 2002 Black E-Mail | INC-CB_009773 | | |
| Shareholder-22 | August 4, 2002 Black-Atkinson E-Mails re Cost Cutting | CBSEC_025072-73 | | |
| Shareholder-23 | August 5, 2002 Black-Atkinson E-Mails re Cost Cutting | CBSEC_025074 - 76 | | |
| Shareholder-24 | August 5, 2002 Further Black-Atkinson E-Mails re Cost Cutting | CBSEC_025090 - 95 | | |
| Shareholder-25 | September 2002 Black Memo | CBSEC_025110 - 14 | | |
| Shareholder-26 | Black E-Mail to Maida re September 2002 Memo | CMB0003706 | | |
| Shareholder-27 | December 3, 2002 Black E-Mail to Colson | INC-CB_010177 - 78 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| Shareholder-28 | Black December 2002 "Christmas Musings" Letter | INC-CB_018409 - 15 | | |
| Shareholder-29 | December 20, 2002 Black E-Mail to Healy | INC-CB_012659 | | |
| Shareholder-30 | January 17, 2003 Black E-Mail to Atkinson | HLRT056274 - 77 | | |
| Shareholder-31 | February 17, 2003 Black E-Mail to Colson | INC-CB_010376 - 77 | | |
| Shareholder-32 | February 18, 2003 Black-Atkinson E-Mails | INC-CB009709 | | |
| Shareholder-33 | April 4, 2003 Cardinal Capital Letter | INC-CB_003774 - 75 | | |
| Shareholder-34 | April 4, 2003 Black-Healy E-Mails | INC-CB_010880 - 82 | | |
| Shareholder-35 | April 22, 2003 Black Letter to Jereski | HLR038792 - 94 | | |
| Shareholder-36 | April 25, 2003 Black E-Mail to Kravis | INC-CB_011485 | | |
| Shareholder-37 | April 25, 2003 Black E-Mail to Kravis | INC-CB_011486 - 89 | | |
| Shareholder-38 | April 25, 2003 Black E-Mail to Burt | HLRUK0020759- 64 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| Shareholder-39 | April 30, 2003 Black E-Mail to Audit Committee Members | HLRT060329 - 31; INC-CB_008608 - 10 | | |
| Shareholder-40 | May 1, 2003 Kravis E-Mail to Black | INC-CB_011857 - 59 | | |
| Shareholder-41 | May 7, 2003 Black E-Mail to Browne | INC-CB_010113 | | |
| Shareholder-42 | May 8, 2003 Black-Atkinson E-Mails | INC-CB_009380 | | |
| Shareholder-43 | May 11, 2003 Black E-Mail to Healy | INC-CB_012635 - 36 | | |
| Shareholder-44 | Healy Draft Shareholder Concerns Memo | HLRC0047441 - 44 | | |
| Shareholder-45 | Black's Edits to Shareholder Concerns Memo | HLRT067386 - 93 | | |
| Shareholder-46 | Boultbee's Edits to Shareholder Concerns Memo | INC-CB_012600 - 08 | | |
| Shareholder-47 | Atkinson's Edits to Shareholder Concerns Memo | INC-CB_000676 - 77 | | |
| Shareholder-48 | Final Shareholder Concerns Memo | T001393 - 99 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| Shareholder-49 | May 13, 2003 E-Mails re Formation of Special Committee | INC-CB_008606 - 07 | | |
| Shareholder-50 | Tweedy Browne 13-D Filing | HLRC_0025290 - 321 | | |
| Shareholder-51 | May 21, 2003 Black-Atkinson E-Mails | CMB0010537 | | |
| Shareholder-52 | Audio Tape of May 22, 2003 Shareholders Meeting | | | |
| Shareholder-53 | Video of May 22, 2003 Shareholders Meeting | | | |
| Shareholder-54 | Transcript of May 22, 2003 Shareholders Meeting | INC-CB_003469 - 506 | | |
| Shareholder-55 | June 2, 2003 Atkinson E-Mail to Black | HLRSEC00931 | | |
| Shareholder-56 | June 4, 2003 Atkinson-Black E-Mails | HLRT037004 | | |
| Shareholder-57 | Cardinal Capital Document Request | CBSEC_026248 | | |
| Shareholder-58 | October 30, 2003 Atkinson E-Mails to Cowan | INC_015236; INC_015235 | | |
| Shareholder-59 | November 6, 2003 Special Committee Letter to Black | RAVEL_002384 - | | |
| Shareholder-60 | November 10, 2003 Finkelstein Letter to Special Committee (for Black) | CMB0004135 - 42 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| Shareholder-61 | November 10, 2003 Sugarman Letter to Special Committee (for Atkinson) | HLRSEC00340 - 41 | | |
| Shareholder-62 | November 11, 2003 Valukas Letter to Special Committee (for Radler) | HLRSEC00322 - 25 | | |
| Shareholder-63 | November 12, 2003 Boultbee Letter to Special Committee | HLRSEC00335 - 36 | | |
| Shareholder-64 | Restructuring Proposal | HOLSEC_008_000981 - 83 | | |
| Shareholder-65 | January 18, 2004 Black Letter to Directors | CMB0054591 - 94 | | |
| Apartment-1 | 1994 Declaration of Trust and Option Agreement | HLR051248 - 51253 | | |
| Apartment-2 | 1998 Acceptance of Assignment and Assumption of Lease | USA_GJ_0035334 - 35393 | | |
| Apartment-3 | Memo re Payment for Second Floor Apartment | CMB0058219 | | |
| Apartment-4 | E-Mails re Payments for Park Avenue Apartments | INC_059692- 93 | | |
| Apartment-5 | December 2000 Memos and Documents re Tips and Structural Work | CMB0058215 - 20 | | |
| Apartment-6 | Healy Memo | CMBLACK_001078 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| Apartment-7 | December 22, 2000 Wire Transfer as Payment for Apartment | CMB0056785 - 87 | | |
| Apartment-8 | Bank Statement | USA_000085 - 96 | | |
| Apartment-9 | Instrument of Transfer and Declaration of Trust | HLRMM135527 | | |
| Apartment-10 | October 29, 2002 E-Mail re Use of Ground Floor Apartment | HLRUK0041144 | | |
| Apartment-11 | December 16, 2002 Black E-Mail to Colson | INC-CB_010168 - 69 | | |
| Apartment-12 | Ground Floor Apartment Log 2001 | USA_GJ_0043363 - 75 | | |
| Apartment-13 | Ground Floor Apartment Log 2002 | USA_GJ_0043331 - 62 | | |
| Apartment-14 | Ground Floor Apartment Log 2003 | USA_GJ_0043299 - 330 | | |
| Birthday-1 | La Grenouille Confirmation | HLR140050 - 52 | | |
| Birthday-2 | La Grenouille Invoice | HLR373491 - 93 | | |
| Birthday-3 | La Grenouille Payment Instruction | HLR373494 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| Birthday-4 | Payments | HLR373495 - 97 | | |
| Birthday-5 | Invoice for Calligraphy | HLR373501 - 02 | | |
| Birthday-6 | Seating Chart and Program | HLR373503 - 08 | | |
| Trip-1 | Bora Bora Itinerary | HLR135988 | | |
| Trip-2 | August 2001 Airplane Log | INC_060249 | | |
| Trip-3 | G-4 Airplane Log, 1995-2002 | HLR102308 - 408 | | |
| Trip-4 | Customs Declarations | USA_TS_0001111 - 12 | | |
| Trip-5 | Seattle Opera Records | USA_TS_0013525 - 13526 | | |
| Trip-6 | August 22, 2001 Black E-Mail | INC-CB_013034 | | |
| Trip-7 | Creasey Memo to Black and Radler | HLR151775 - 76 | | |
| Trip-8 | Black's Note to Creasey | HLR093549 - 50 | | |
| Trip-9 | Creasey Memo re Charging of Trip | RAVEL_014378 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| Trip-10 | Atkinson Memo to Boultbee | HLRT110250 - 52 | | |
| Trip-11 | August 25, 2002 Black E-Mail to Atkinson | HLRT049633 | | |
| Trip-12 | August 25, 2002 Atkinson E-Mail to Black | CBSEC_025107 | | |
| Trip-13 | Black Response to Atkinson | CBSEC_025108 | | |
| Trip-14 | Creasey Memo re Airplane Use 2002 | HLR074803 - 17 | | |
| Trip-15 | March 24, 2003 Atkinson E-Mail | HLR074769 | | |
| Expense-1 | Account Summaries, 1997-2001 | CMB0007763 - 76 | | |
| Expense-2 | October 3, 2000 Graff Invoice | USA_000074 | | |
| Expense-3 | November 8, 2000 Graff Letter | USA_GJ_0035158 | | |
| Expense-4 | November 27, 2000 Graff Letter | USA_GJ_0035155 | | |
| Expense-5 | Documents re Paris Trip | HLRUK0038531 - 32 | | |
| Expense-6 | May 30, 2001 E-Mail to Black | HLRUK0019617 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| Expense-7 | December 11, 2001 Boultbee E-Mail to Black re Salaries and Bonuses | INC-CB_018564 - 65 | | |
| Expense-8 | December 18, 2002 Boultbee E-Mails to Black re Salaries and Bonuses | HLR665359 - 61 | | |
| Expense-9 | August 15, 2002 Black E-Mail to Boultbee | INC-CB_018479 | | |
| Expense-10 | August 31, 2002 Black E-Mail to Boultbee | INC-CB_018478 | | |
| Expense-11 | September 18, 2002 Maida E-Mail to Black | INC-CB_018530 | | |
| Expense-12 | December 9, 2002 Maida and Samila E-Mails re Black Salary | RAVEL_028389 | | |
| Expense-13 | December 13, 2002 Maida and Samila E-Mails re Black Salary | HLRT267093 | | |
| Expense-14 | February 5, 2003 Boultbee-Maida E-Mails | CMB0055495 | | |
| Expense-15 | February 6, 2003 Maida and Samila E-Mails re Black Salary | HLRT267272 | | |
| Expense-16 | February 10, 2003 Atkinson-Black E-Mails | HLRT057727 - 30 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| Expense-17 | March 20, 2003 Maida and Samila E-Mails re Black Salary | HLRT164529; RAVEL_007833 | | |
| Expense-18 | October 31, 2003 Atkinson E-Mail to Black re Bonus | INC-CB_018536 | | |
| Expense-19 | November 13, 2003 Boultbee E-Mail to Black re Bonus | INC-CB_018551 | | |
| Expense-20 | November 26, 2003 Boultbee E-Mail to Black re Bonus | HLR673365 | | |
| *(Group Exhibit)* Expense- | Black Corporate Expense Reports, 1998-2003 | | | |
| *(Group Exhibit)* Expense- | S.J. Phillips Documents re Purchase of Brooch | | | |
| *(Group Exhibit)* Expense- | Glenn Horowitz Booksellers Documents re November 2000 Purchase | | | |
| *(Group Exhibit)* Expense- | David Linley & Co. Documents re November 2000 Purchase | | | |
| *(Group Exhibit)* Expense- | Fendi Documents re November 2000 Purchase | | | |
| *(Group Exhibit)* Expense- | Yves St. Laurent Documents re November 2000 Purchase | | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| *(Group Exhibit)* Expense- | Jean Paul Gaultier Documents re November 2000 Purchase | | | |
| *(Group Exhibit)* Expense- | November-December 2000 Wire Transfers from Black's Account to Various Retailers | | | |
| *(Group Exhibit)* Expense- | Hedrick Brothers Documents re Palm Beach Construction Costs | | | |
| *(Group Exhibit)* Expense- | Fairfax & Sammons Documents re Palm Beach Construction Costs | | | |
| *(Group Exhibit)* Expense- | Greenwich Building Consultants Documents re Palm Beach Construction Costs | | | |
| Tax-1 | International 1999 Tax Return | USA_TAX_000001 - 1194 | | |
| Tax-2 | International 2000 Tax Return | USA_TAX_001195 - 21987 | | |
| Toronto-1 | November 18, 2003 SEC Subpoena to Black | USA_003325 - 32 | | |
| Toronto-2 | November 19, 2003 Black E-Mail | INC-CB_013321 | | |
| Toronto-3 | White Memo, March 26, 2004 | INCG001309 - 13 | | |
| Toronto-4 | White Memo, March 31, 2004 | INCG001405 - | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| Toronto-5 | April 4, 2004 E-Mail to Maida | INC-CB_013552 - 54 | | |
| Toronto-6 | April 8, 2004 White Memo | INCG001408 - 09 | | |
| Toronto-7 | April 15, 2004 White Memo | INCG001410 | | |
| Toronto-8 | August 27, 2004 SEC Notice | | | |
| Toronto-9 | October 6, 2004 White Memo | INCG001411 | | |
| Toronto-10 | October 13, 2004 Appointment of Inspector | | | |
| Toronto-11 | October 27, 2004 E-Mail to Staff re Appointment of Inspector | INC-CB_013555 - 56 | | |
| Toronto-12 | December 17, 2004 Canadian Court Order | INCG001322 - 28 | | |
| Toronto-13 | March 21, 2005 Motion to Intervene | USA_003307 - 17 | | |
| Toronto-14 | April 22, 2005 White Memo | INCG203455 | | |
| Toronto-15 | May 2, 2005 Walker Memo | INCG001413 | | |
| Toronto-16 | May 3, 2005 Memo to Security and Reception Staff | INCG001317 - 18 | | |
| Toronto-17 | Ben Soave Memo, May 13, 2005 | INCG001320 | | |

| GOV. EXHIBIT | DESCRIPTION | BATES | WITNESS | RULING |
|---|---|---|---|---|
| Toronto-18 | May 19, 2005 SEC Letter to Owens | USA_003343 - 56 | | |
| Toronto-19 | SEC First Request for Production of Documents, May 20, 2005 | | | |
| Toronto-20 | Video, May 20, 2005 | | | |
| Toronto-21 | Security Guard Log Book | INCG001307 | | |
| Toronto-22 | History and Transactions Report Wizard | INCG001367 - 78 | | |
| Toronto-23 | 10 Toronto Street Floor Plans | INCG001384 - 87 | | |
| Toronto-24 | Boxes Removed from 10 Toronto Street | | | |