# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 05 CR 727 |
| CONRAD M. BLACK, et al. | ) ) | Hon. Amy J. St. Eve |
| Defendants. | ) ) | |

## KIPNIS'S LIST OF EXHIBITS FOR USE DURING
## BETH DeMERCHANT'S TESTIMONY

Mark Kipnis, through his counsel, respectfully submits the following list of exhibits that he intends to publish during the trial testimony of Beth DeMerchant. Based on the Court's rulings on objections raised during Ms. DeMerchant's Rule 15 deposition, Mr. Kipnis believes that all of these exhibits have been deemed admitted.

Mr. Kipnis has distributed this list to all parties and has asked for any objections to publishing these exhibits during Ms. DeMerchant's testimony. As of the date and time of filing, there have been no objections. Accordingly, Mr. Kipnis submits that all of the following exhibits should be admitted into evidence.

| **EXHIBIT** | **VOLUME** | **PAGE** |
|---|---|---|
| KIPNIS TORYS 50 | 3 | 394 |
| KIPNIS TORYS 54 | 3 | 404 |
| KIPNIS TORYS 81 | 3 | 413 |
| KIPNIS TORYS 74 | 3 | 433 |
| KIPNIS TORYS 83 | 3 | 445 |
| KIPNIS TORYS 84 | 3 | 445 |

| **EXHIBIT** | **VOLUME** | **PAGE** |
|---|---|---|
| KIPNIS TORYS 2 | 3 | 445 |
| KIPNIS TORYS 15 | 3 | 447 |
| KIPNIS TORYS 77 | 3 | 456 |

Dated: April 18, 2007          Respectfully submitted,


/s/ Ronald S. Safer

Ronald S. Safer
Patricia B. Holmes
Matthew B. Mock
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606

Michael E. Swartz
Sung-Hee Suh
SCHULTE ROTH AND ZABEL LLP
919 Third Avenue
New York, New York 10022

*Attorneys for Mark S. Kipnis*

# **CERTIFICATE OF SERVICE**

I, Matthew B. Mock, an attorney, hereby certify that on this, the 18th day of April, 2007, I filed the foregoing document using the Court's CM/ECF system. Notice of Electronic Case Filing has been sent to the following registered parties, which constitutes service of same:

| | |
|---|---|
| Eric H. Sussman<br>Jeffrey H. Cramer<br>Julie Ruder<br>Edward Siskel<br>Assistant U.S. Attorneys<br>219 South Dearborn Street<br>5th Floor<br>Chicago, IL  60604 | Royal B. Martin<br>Martin, Brown & Sullivan, Ltd.<br>321 South Plymouth Court<br>10th Floor<br>Chicago, IL  60604 |
| Edward M. Genson<br>Carolyn P. Gurland<br>Genson and Gillespie<br>53 West Jackson Boulevard<br>Suite 1420<br>Chicago, IL  60604 | Patrick A. Tuite<br>Arnstein & Lehr<br>120 South Riverside Plaza<br>Suite 1200<br>Chicago, IL  60606-3913 |
| Richard A. Greenberg<br>Steven Y. Yurowitz<br>Newman & Greenberg<br>950 Third Avenue<br>32nd Floor<br>New York,  NY 10022 | Benito Romano<br>Michael E. Schachter<br>Ian K. Hochman<br>Sharon Blaskey<br>Willkie, Farr & Gallagher<br>787 7th Avenue<br>New York, NY  10019 |
| Marc W. Martin<br>Marc Martin, Ltd.<br>53 West Jackson Boulevard<br>Suite 1420<br>Chicago, IL  60604 | Edward L. Greenspan<br>Jane Kelly<br>Julianna Greenspan<br>Greenspan & White<br>144 King Street East<br>Toronto, Canada M5C1G3 |

                                                /s/ Matthew B. Mock
                                                     Matthew B. Mock